United States District Court
Southern District of Texas
**ENTERED**
May 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES DAVIS, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-01386 |
| MUNICIPAL SERVICES BUREAU, | § § § | |
| Defendant. | § § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within forty-five (45) days after the entry of this order.

It is so Ordered.

SIGNED on this 13th day of May, 2021.

_____
Kenneth M. Hoyt
United States District Judge